Date of Arrest: 01/26

# UNITED STATES DISTRICT COURT
District of Arizona

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Vs.<br>Pablo MERINO-Lopez<br>AKA: None Known<br>Mexico<br>YOB: 2003<br>221181618<br>Illegal Alien | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 26-01076MJ |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

That on or about January 25, 2026, near San Luis, Arizona in the District of Arizona, Defendant Pablo MERINO-Lopez, an alien, did knowingly and voluntarily enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (a)(1) (Misdemeanor).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Approved AUSA Ryan McCarthy

*/s/ Ryan McCarthy*

_____
Signature of Complainant
Jose Siqueiros
Border Patrol Agent

Sworn to before me and subscribed telephonically,

January 28, 2026                     at       Yuma, Arizona
Date                                                City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Pablo MERINO-Lopez

Dependants: None

IMMIGRATION HISTORY: The Defendant is an illegal alien.

CRIMINAL AND IMMIGRATION HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION | SENTENCE |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to their citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Border Patrol station for processing. During processing, questioning and computer records checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near San Luis, Arizona on January 25, 2026.

Border Patrol Agents advised the Defendant of their Miranda Rights. The Defendant understood those rights as they were explained to them and chose to waive their rights. During the interview, the Defendant stated that their intention after entering the United States was to travel to California.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements, and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA Brian Sainz, BPA Curtis McCord, and BPA David Landeros.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Adrian Ochoa.

Charges:

| 8 USC 1325(a)(1) | M |
|---|---|

*Ivan Negrete*
Signature of Complainant

Sworn to before me and subscribed telephonically,

January 28, 2026
Date

Signature of Judicial Officer